TRINA A. HIGGINS, United States Attorney (#7349)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ELVIS TAHIROVIC,<br>BRITTANY ANN PETERS,<br><br>            Defendants. | FELONY COMPLAINT<br><br>MAGIS NO. 2:23mj90 CMR<br><br>VIOS. COUNT 1, 18 U.S.C. § 2119,<br>CARJACKING. |

**COUNT 1**

(18 U.S.C. § 2119)
Carjacking

On or about January 30, 2023, in the District of Utah,

ELVIS TAHIROVIC and BRITTANY ANN PETERS,

the defendants herein, knowingly and with intent to cause death and serious bodily harm, did take and attempted to take a motor vehicle that has been transported, shipped and

1

received in interstate, or foreign commerce, from the person and presence of another by force and violence and by intimidation; all in violation of 18 U.S.C. § 2119.

### AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

This complaint is based on the following information:

I, Justin Hansen, being first duly sworn, depose and say:

1. Your affiant is employed by the Utah Department of Public Safety State Bureau of Investigations and is currently assigned to the FBI Violent Crimes Task Force. Your affiant is a certified Police Officer in the State of Utah and has 22 years of law enforcement experience. Your affiant has investigated and assisted in investigating Homicide, Suicide, Violent Crimes, Locating and Arresting Fugitives, Kidnapping, Illegal Drug Operations, Child Pornography, Child/Human Trafficking and Sex Assaults.

2. On January 30, 2023, a black Mercedes SUV fled from a Salt Lake City Police officer. Salt Lake Police initiated a high speed pursuit, however, terminated the pursuit due to public safety risks. A records check of the license plate (Washington Plate #BZK2756) revealed the Mercedes had been reported stolen out of South Salt Lake.

3. The Utah Department of Public Safety (DPS) helicopter (Star 8) was able to locate the vehicle traveling Farmington area northbound on Interstate 15. The DPS helicopter tracked the vehicle from Davis County into Weber County on Interstate

15. The driver, later identified as Elvis Tahirovic, exited Interstate 15 at the 24th Street, exit 342, into the Ogden area.

4. Police units positioned themselves in the area in order to locate the Mercedes. An Ogden City Police Officer observed the vehicle and attempted to initiate a high risk stop with his emergency light. Tahirovic at this point was driving at the speed limit. However, once the marked police unit was behind him with the emergency lights activated, he immediately accelerated, took evasive maneuvers, and began to drive erratically attempting to flee officers. The officer terminated the pursuit attempt, again due to the risk of public safety.

5. The DPS helicopter tracked the vehicle as Tahirovic drove onto northbound Interstate 15 from 31st Street in Ogden to Willard City. Tahirovic drove the vehicle to a neighborhood where he began to drive extremely slow by the houses. Troopers responded to various exits of the neighborhood. When the vehicle exited, Troopers conducted what is referred to as a "cold spike" of the Mercedes. Tahirovic fled the area on flat tires. Ground units did not pursue, however the DPS helicopter maintained visual.

6. Tahirovic drove South on SR-126, leaving Box Elder County and entering Weber County, to the intersection of Higley Road and came to an abrupt stop. A female, later identified as Brittany Ann Peters, exited the passenger side of the Mercedes, ran to a Chevrolet Tahoe stopped at the stop sign and opened the driver door of the Tahoe. Tahirovic exited the driver's door of the stolen Mercedes, ran to the driver's door of the Tahoe, grabbed the driver, attempted to punch him, however

the victim avoided a direct hit. The victim stated Tahirovic got him with a "glancing blow." Tahirovic then grabbed the victim and forcefully jerked him out of the vehicle, in an attempt to carjack the vehicle. The victim is described as an elderly male.

7. Tahirovic got in the driver's seat of the Tahoe and shut the door. Peters ran around the rear of the Tahoe and got into the front passenger seat of the Tahoe. Tahirovic was unable to take the vehicle due the victim taking the keys out of the ignition. Unable to flee with the vehicle the Tahirovic charged the victim, who had retreated approximately 30 feet from the Tahoe with his hands up, cocked his right arm back in what appeared to be a precursor of Tahirovic striking the victim. Just as the Tahirovic was within striking distance of the victim Troopers arrived, and with guns drawn took Tahirovic and Peters into custody.

//

//

//

//

//

8. Based on the foregoing information, your affiant respectfully requests that an arrest warrant be issued for Elvis Tahirovic and Brittany Ann Peters for a violation of 18 U.S.C Section 2119.

Dated this 1st day of February.

_____
Justin Hansen
Agent SBI/TFO FBI

Subscribed and sworn to before me, this __1st__ day of February 2023.

_____
CECILIA M. ROMERO
United States Magistrate Judge

APPROVED:
TRINA A. HIGGINS
United States Attorney

CARLOS ESQUEDA
Digitally signed by CARLOS ESQUEDA
Date: 2023.02.01 10:11:13 -07'00'

_____
CARLOS A. ESQUEDA
Assistant United States Attorney