FILED US District Court-UT
FEB 15 '23 PM 12:25

TRINA A. HIGGINS, United States Attorney (#7349)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. ELVIS TAHIROVIC and BRITTANY ANN PETERS, Defendants. | INDICTMENT VIOS. COUNT 1: 18 U.S.C. § 2119, CARJACKING. Case: 2:23-cr-00056 Assigned To : Parrish, Jill N. Assign. Date : 2/15/2023 |
|---|---|

The Grand Jury Charges:

## COUNT 1
18 U.S.C. § 2119
(Carjacking)

On or about January 30, 2023, in the District of Utah,

**ELVIS TAHIROVIC and BRITTANY ANN PETERS,**

the defendants herein, knowingly and with intent to cause death and serious bodily harm,

did take and attempted to take a motor vehicle that has been transported, shipped, and

received in interstate and foreign commerce, from the person and presence of another by force and violence and by intimidation; all in violation of 18 U.S.C. § 2119.

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
CARLOS A. ESQUEDA
Assistant United States Attorney